**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01666-REB-MJW

MICHAEL JACKSON,

      Plaintiff,

v.

BRIAN WEBB, and
ANTHONY BENSON,

      Defendants.

---

**ORDER DISMISSING DEFENDANT BRIAN WEBB, ONLY**

---

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss Party** [#19] filed November 23, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant Brian Webb should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Party** [#19] filed November 23, 2009, is **GRANTED**;

2. That the plaintiff's claims against defendant Brian Webb are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant Brian Webb is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated November 25, 2009, at Denver, Colorado.

                                            BY THE COURT:

                                            Robert E. Blackburn
                                            United States District Judge