**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01666-REB-MJW

MICHAEL JACKSON,

      Plaintiff,

v.

BRIAN WEBB, and
ANTHONY BENSON,

      Defendants.

---

## MINUTE ORDER[1]

---

The matter before the court is defendant Anthony Benson's **Motion For Leave to Appear By Telephone** [#23] filed July 22, 2010. The motion is **GRANTED**. Mr. Benson is permitted to appear at the Trial Preparation Conference, set for July 23, 2010, by telephone. Mr. Benson is directed to call the administrative assistant at (303) 335-2350, at approximately 11:00 a.m. to participate in this conference.

      Dated: July 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.