**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01666-REB-MJW

MICHAEL JACKSON,

     Plaintiff,

v.

ANTHONY BENSON,

     Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter is before me on the plaintiff's **Agreed Motion To Dismiss** [#25] filed July 22, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Agreed Motion To Dismiss** [#25] filed July 22, 2010, is **GRANTED**;

     2. That the Trial Preparation Conference set for July 23, 2010, is **VACATED**;

     3. That the jury trial set to commence August 9, 2010, is **VACATED**; and

     4. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated July 23, 2010, at Denver, Colorado.

                              **BY THE COURT:**

                              *Bob Blackburn*

                              Robert E. Blackburn
                              United States District Judge